ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Margaret Foster

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| MARGARET FOSTER, | ) | CASE NO. CV 18-09589-JGB-KES |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING ATTORNEY'S |
| | ) | FEES AND COSTS PURSUANT |
| v. | ) | TO THE EQUAL ACCESS TO |
| | ) | JUSTICE ACT, 28 U.S.C. |
| ANDREW SAUL, | ) | § 2412(d), AND COURT COSTS |
| COMMISSIONER OF SOCIAL | ) | PURSUANT TO |
| SECURITY, | ) | 28 U.S.C. § 1920 |
| | ) | |
| Defendant, | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR-THOUSAND EIGHT-HUNDRED ELEVEN DOLLARS and 56 CENTS ($4,811.56), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of FOUR-HUNDRED DOLLARS and NO CENTS, pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

DATED: 12/09/2019      _____
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE